[Cite as *Trader v. Ontario Local School Dist.*, 2025-Ohio-2879.]

## IN THE COURT OF CLAIMS OF OHIO

| | |
|---|---|
| ASHLEE TRADER | Case No: 2025-00123PQ |
| Requester | Judge Lisa L. Sadler |
| v. | <u>JUDGMENT ENTRY</u> |
| ONTARIO LOCAL SCHOOL DISTRICT | |
| Respondent | |

{¶1} In this public-records case, a Special Master has issued a Report and Recommendation. The Special Master recommends that the court:

(1) Order respondent to produce the records/take the actions identified in the appendix to the report and recommendation within 30 days of the entry of a judgment on the report and recommendation.

(2) Order respondent to file and serve a certification that it has taken those actions within 40 days of the entry of a judgment on the report and recommendation.

(3) Find that respondent unreasonably delayed its response to requester's requests.

(4) Order that requester recover her filing fee and costs from respondent.

(5) Order that respondent bear the balance of the costs of this case.

(6) Deny all other relief.

{¶2} Neither Requester nor Respondent has filed timely written objections to the Report and Recommendation in accordance with R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects, then this Court "shall promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation." Upon independent review, the Court finds that there is no error of law or other defect evident on the face of the Report and Recommendation. The Court adopts the Report and Recommendation.

{¶3} In accordance with the Special Master's recommendations, the court:

(A)   Orders respondent to produce the records/take the actions identified in the appendix to this judgment within 30 days of the entry of this judgment.

(B)   Orders respondent to file and serve a certification that it has taken those actions within 40 days of the entry of this judgment.

(C)   Finds that respondent unreasonably delayed the production of the records requested.

(D)   Orders respondent to pay requester's filing fee, her costs, and the balance of the costs of this case.

(E)   Denies all other relief.

{¶4} The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

LISA L. SADLER
Judge

**Appendix**
**Records to be produced/actions to be taken**

Produce copies of the videos of the August 21, 2024, incident redacted to obscure information protected by FERPA or R.C. 3319.321.

Produce copies of the video of the August 23, 2024, incident redacted to obscure information protected by FERPA or R.C. 3319.321 or certify that no such video exists.

Produce all records related to the August 21, 2024, incident not previously produced and certify that no additional records exist. Any additional records produced should be redacted to protect third parties' statutory privacy rights.

**Filed July 9, 2025**
**Sent to S.C. Reporter 8/14/25**